IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARED L. TAYLOR<br>　　　　　Plaintiff,<br>　vs.<br><br>BREAK THE FLOOR PRODUCTIONS LLC D/B/A NUVO<br>　And<br>NICHOLAS HENDERSON<br><br>　　　　　Defendants. | CIVIL ACTION<br><br>NO. 2:19-cv-00912-AJS<br><br><br><br><br>JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(ii)

The parties by and through their counsel hereby stipulate that pursuant to F.R.C.P. 41(a)(1)(ii), this matter is hereby voluntarily dismissed by the parties without prejudice. The parties stipulate that this dismissal is not in any way intended to be a dismissal of the merits of Plaintiff's claims and shall not constitute a final judgment on the merits. Further, Plaintiff shall be permitted to refile the claims in his Amended Complaint against Break the Floor Productions LLC and Nicholas Henderson, in the Clarion County Court of Common Pleas, and Defendants agree the statute of limitations is tolled for 90 days from the date of filing of this stipulation for that reason.

| | |
|---|---|
| **Matzus Law LLC** | **Goldberg Segalla LLP** |
| /s/ *Jason Matzus* | /s/ *Sean T. Stadelman* |
| Jason Matzus Esquire | Sean T. Stadelman, Esquire |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　J. A. Schwab

24753532.v1